David J. McGlothlin, Esq. (SBN: 026059)
david@southwestlitigation.com
**Hyde & Swigart**
5343 N. 16th Street, Suite 460
Phoenix, AZ 85016
Telephone: (602) 265-3332
Facsimile: (602) 230-4482

Attorneys for the Plaintiff
Luis Varela

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Luis Varela<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Asset Acceptance LLC<br><br>　　　　　Defendant. | **Case No.: 2:10-cv-02526-ROS**<br><br>**PLAINTIFF'S UNILATERAL NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE** |

Plaintiff Luis Varela hereby moves to dismiss this entire action with prejudice, as the parties have agreed to settle all claims, with each party to bear their own attorney's fees and costs.

Respectfully submitted,

Date: February 8, 2011          **Hyde & Swigart**

　　　　　　　　　　　　　　　　By: /s/ David J. McGlothlin
　　　　　　　　　　　　　　　　David J. McGlothlin
　　　　　　　　　　　　　　　　Attorneys for the Plaintiff